**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KATHLEEN KRENN,

   Plaintiff,

v.              Case No.: 3:24-cv-593-WWB-PDB

SERENATA BEACH CLUB, LLC, MOLLY BUTLER, and MICHAEL MOTA,

   Defendants.

## ORDER

  This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

  **DONE and ORDERED** in Jacksonville, Florida on this 17th day of June 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record