UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATHLEEN KRENN,

    Plaintiff,                      Case No.: 3:24-cv-00593 WWB-PDB

v.

SERENATA BEACH CLUB, LLC,
a Florida limited liability company;
MOLLY BUTLER, an individual; and
MICHAEL MOTA, an individual

    Defendants.
_____/

## ANSWER TO COMPLAINT

COMES NOW the Defendants, Serenata Beach Club, LLC and Molly Butler, by and through their undersigned attorney, and files this Answer to Plaintiffs' Complaint, as follows:

### Nature Of The Action

1. Denied. The averments in paragraph 1 constitute conclusions of law to which no responsive pleading is required.

2. Denied. The averments in paragraph 2 constitute conclusions of law to which no responsive pleading is required.

3. Denied. The averments in paragraph 3 constitute conclusions of law to which no responsive pleading is required.

4. Denied. The averments in paragraph 4 constitute conclusions of law to which no responsive pleading is required.

5. Denied. The averments in paragraph 5 constitute conclusions of law to which no responsive pleading is required.

6. Denied. The averments in paragraph 6 constitute conclusions of law to which no responsive pleading is required.

**Parties, Jurisdiction and Venue**

    7.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    8.    Admit.

    9.    Admit.

    10.    Denied.

    11.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    12.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    13.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    14.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    15.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    16.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    17.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    18.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    19. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    20.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    21.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

    22.    Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

23. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

24. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

25. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

26. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

27. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

28. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

29. Denied.  Defendants are without knowledge of the allegations in paragraph 7 of the Complaint and demands strict proof thereof.

## **General Allegations**

30. Denied.

31. Denied.  Defendants are without knowledge of the allegations in paragraph 31 of the Complaint and demands strict proof thereof.

32. Denied.  Defendants are without knowledge of the allegations in paragraph 32 of the Complaint and demands strict proof thereof.

33. Denied.  Defendants are without knowledge of the allegations in paragraph 33 of the Complaint and demands strict proof thereof.

34. Denied.  Defendants are without knowledge of the allegations in paragraph 34 of the Complaint and demands strict proof thereof.

35. Denied.  Defendants are without knowledge of the allegations in paragraph 35 of the Complaint and demands strict proof thereof.

36. Denied.  Defendants are without knowledge of the allegations in paragraph 36 of the Complaint and demands strict proof thereof.

37. Denied.  Defendants are without knowledge of the allegations in paragraph 37 of the Complaint and demands strict proof thereof.

38. Denied. Defendants are without knowledge of the allegations in paragraph 38 of the Complaint and demands strict proof thereof.

39. Denied. Defendants are without knowledge of the allegations in paragraph 39 of the Complaint and demands strict proof thereof.

40. Denied. Defendants are without knowledge of the allegations in paragraph 40 of the Complaint and demands strict proof thereof.

41. Denied. Defendants are without knowledge of the allegations in paragraph 41 of the Complaint and demands strict proof thereof.

42. Denied. Defendants are without knowledge of the allegations in paragraph 42 of the Complaint and demands strict proof thereof.

43. Denied. Defendants are without knowledge of the allegations in paragraph 43 of the Complaint and demands strict proof thereof.

44. Denied. Defendants are without knowledge of the allegations in paragraph 44 of the Complaint and demands strict proof thereof.

45. Denied. Defendants are without knowledge of the allegations in paragraph 45 of the Complaint and demands strict proof thereof.

46. Denied. Defendants are without knowledge of the allegations in paragraph 46 of the Complaint and demands strict proof thereof.

47. Denied. Defendants are without knowledge of the allegations in paragraph 47 of the Complaint and demands strict proof thereof.

48. Denied. Defendants are without knowledge of the allegations in paragraph 48 of the Complaint and demands strict proof thereof.

49. Denied. Defendants are without knowledge of the allegations in paragraph 49 of the Complaint and demands strict proof thereof.

50. Denied. Defendants are without knowledge of the allegations in paragraph 50 of the Complaint and demands strict proof thereof.

51. Denied. Defendants are without knowledge of the allegations in paragraph 51 of the Complaint and demands strict proof thereof.

52. Denied. Defendants are without knowledge of the allegations in paragraph 52 of the Complaint and demands strict proof thereof.

53. Denied. Defendants are without knowledge of the allegations in paragraph 53 of the Complaint and demands strict proof thereof.

54. Denied. Defendants are without knowledge of the allegations in paragraph 54 of the Complaint and demands strict proof thereof.

55. Denied. Defendants are without knowledge of the allegations in paragraph 55 of the Complaint and demands strict proof thereof.

56. Denied. Defendants are without knowledge of the allegations in paragraph 56 of the Complaint and demands strict proof thereof.

## Count I

57. Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-8, 11, 14-15, 18-19, and 22-56 as if fully set forth herein.

58. Denied. Defendants are without knowledge of the allegations in paragraph 58 of the Complaint and demands strict proof thereof.

59. Denied. Defendants are without knowledge of the allegations in paragraph 59 of the Complaint and demands strict proof thereof.

60. Denied. Defendants are without knowledge of the allegations in paragraph 60 of the Complaint and demands strict proof thereof.

61. Denied. Defendants are without knowledge of the allegations in paragraph 61 of the Complaint and demands strict proof thereof.

## Count II

62. Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-8, 11, 14-15, 18-19, and 22-56 as if fully set forth herein.

63. Denied. Defendants are without knowledge of the allegations in paragraph 63 of the Complaint and demands strict proof thereof.

64. Denied. Defendants are without knowledge of the allegations in paragraph 64 of the Complaint and demands strict proof thereof.

65. Denied. Defendants are without knowledge of the allegations in paragraph 65 of the Complaint and demands strict proof thereof.

66. Denied. Defendants are without knowledge of the allegations in paragraph 66 of the Complaint and demands strict proof thereof.

67. Denied. Defendants are without knowledge of the allegations in paragraph 67 of the Complaint and demands strict proof thereof.

## Count III

68. Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-9, 12, 14-16, 18-20, and 22-56 as if fully set forth herein.

69. Denied. Defendants are without knowledge of the allegations in paragraph 69 of the Complaint and demands strict proof thereof.

70. Denied. Defendants are without knowledge of the allegations in paragraph 70 of the Complaint and demands strict proof thereof.

71. Denied. Defendants are without knowledge of the allegations in paragraph 71 of the Complaint and demands strict proof thereof.

72. Denied. Defendants are without knowledge of the allegations in paragraph 72 of the Complaint and demands strict proof thereof.

73. Denied. Defendants are without knowledge of the allegations in paragraph 73 of the Complaint and demands strict proof thereof.

74. Denied. Defendants are without knowledge of the allegations in paragraph 74 of the Complaint and demands strict proof thereof.

75. Denied. Defendants are without knowledge of the allegations in paragraph 75 of the Complaint and demands strict proof thereof.

## Count IV

Does not pertain to Defendants Serenata and Butler

## Count V

84. Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-8, 11, 14-15, 18-19, and 22-56 as if fully set forth herein.

85. Denied. Defendants are without knowledge of the allegations in paragraph 85 of the Complaint and demands strict proof thereof.

86. Denied. Defendants are without knowledge of the allegations in paragraph 86 of the Complaint and demands strict proof thereof.

87. Denied. Defendants are without knowledge of the allegations in paragraph 87 of the Complaint and demands strict proof thereof.

88. Denied. Defendants are without knowledge of the allegations in paragraph 88 of the Complaint and demands strict proof thereof.

## Count VI

89. Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-8, 11, 14-15, 18-19, and 22-56 as if fully set forth herein.

90. Denied. Defendants are without knowledge of the allegations in paragraph 90 of the Complaint and demands strict proof thereof.

91. Denied. Defendants are without knowledge of the allegations in paragraph 91 of the Complaint and demands strict proof thereof.

92. Denied. Defendants are without knowledge of the allegations in paragraph 92 of the Complaint and demands strict proof thereof.

93. Denied. Defendants are without knowledge of the allegations in paragraph 93 of the Complaint and demands strict proof thereof.

94. Denied. Defendants are without knowledge of the allegations in paragraph 94 of the Complaint and demands strict proof thereof.

## Count VII

95. Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-9, 12, 14-16, 18-20, and 22-56 as if fully set forth herein.

96. Denied. Defendants are without knowledge of the allegations in paragraph 96 of the Complaint and demands strict proof thereof.

97. Denied. Defendants are without knowledge of the allegations in paragraph 97 of the Complaint and demands strict proof thereof.

98. Denied. Defendants are without knowledge of the allegations in paragraph 98 of the Complaint and demands strict proof thereof.

99. Denied. Defendants are without knowledge of the allegations in paragraph 99 of the Complaint and demands strict proof thereof.

100. Denied. Defendants are without knowledge of the allegations in paragraph 100 of the Complaint and demands strict proof thereof.

101. Denied. Defendants are without knowledge of the allegations in paragraph 101 of the Complaint and demands strict proof thereof.

Case 3:24-cv-00593-WWB-PDB   Document 43   Filed 12/02/24   Page 8 of 10 PageID 119

102.   Denied. Defendants are without knowledge of the allegations in paragraph 102 of the Complaint and demands strict proof thereof.

## Count VIII

Does not pertain to Defendants Serenata and Butler

## Count IX

111.   Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-8, 11, 14-15, 18-19, and 21-56 as if fully set forth herein.

112.   Denied. The averments in paragraph 112 constitute conclusions of law to which no responsive pleading is required.

113.   Denied. The averments in paragraph 113 constitute conclusions of law to which no responsive pleading is required.

114.   Denied. The averments in paragraph 114 constitute conclusions of law to which no responsive pleading is required.

115.   Denied. Defendants are without knowledge of the allegations in paragraph 115 of the Complaint and demands strict proof thereof.

116.   Denied. Defendants are without knowledge of the allegations in paragraph 116 of the Complaint and demands strict proof thereof.

117.   Denied. The averments in paragraph 117 constitute conclusions of law to which no responsive pleading is required.

118.   Denied. The averments in paragraph 118 constitute conclusions of law to which no responsive pleading is required.

## Count X (Misnumbered as XII)

119.   Defendants re-allege and incorporate by reference their responses to the allegations in paragraphs 1-8, 11, 14-15, 18-19, and 22-56 as if fully set forth herein.

120.   Denied. Defendants are without knowledge of the allegations in paragraph 120 of the Complaint and demands strict proof thereof.

121.   Denied. Defendants are without knowledge of the allegations in paragraph 121 of the Complaint and demands strict proof thereof.

122.   Denied. Defendants are without knowledge of the allegations in paragraph 122 of the Complaint and demands strict proof thereof.

8

123.    Denied.  Defendants are without knowledge of the allegations in paragraph 123 of the Complaint and demands strict proof thereof.

### First Affirmative Defense – Failue to State a Cause of Action
### (Claims against Serenata Beach Club and Molly Butler)

124.    The Plaintiff was not a direct employee of Defendant, Serenata Beach Club, LLC, and therefore Serenata Beach Club, LLC was not an "employer" as defined under Fla. Stat. §448.101.

125.    Defendant Molly Butler was not a "supervisor" as defined under Fla. Stat. §448.101.

126.    During the relevant time period alleged in Plaintiff's complaint, Defendant Serenata Beach Club, LLC had long been outsourcing the hiring and managing of employees to third-parties.  One such management company was Serenata Beach Club Management, LLC, the entity owned by Defendant Mota.

127.    To the extent that any of Plaintiff's claims contemplate Plaintiff being employed by Serenata Beach Club LLC and/or Molly Butler acting as a supervisor, those claims fail as a matter of law.

### Second Affirmative Defense – Laches

128.    Defendants Serenata Beach Club LLC and Molly Butler assert that the Plaintiff has waited an unreasonably long time to file the lawsuit and the Defendants ability to defend this lawsuit has been severely prejudiced by both the unreasonable delay in bringing the lawsuit as well as the undisputed fact that Serenata Beach Club LLC was foreclosed upon and ceased operations some time ago losing access to any of its books and records.

### Third Affirmative Defense – Indemnification

129.    To the extent that Plaintiff has suffered any damages, the responsibility to compensate Plaintiff lies solely with Serenata Beach Club Management LLC, an entity owned by Defendant Mota. During the relevant time period alleged in Plaintiff's complaint, Defendant Serenata Beach Club, LLC had long been outsourcing the hiring and managing of employees to Mota's separate business.  Further, upon information and belief, Defendant Mota used monies paid by the membership of Serenata Beach Club for

his own personal benefit and not for purposes associated with Serenata Beach Club of for any matter that Mota's business was retained.

## Additional Affirmative Defenses

130. Defendants Serenata Beach Club, LLC and Molly Butler reserve the right to raise additional defenses as they become known either through the discovery process or independently.

## Compliance with Local Rule 1.08

I hereby certify that this submission complies with Local Rule 1.08.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

/s/ David E. Borack
Fla. Bar No. 998303
BORACK LAW GROUP, P.A.
P.O. Box 915498
Longwood, 32791
Phone: (407) 644-8285
Fax:  (407) 622-4880
E-Mail:  Dborack@Boracklawgroup.com
Attorney for Serenata Beach Club and Butler