IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:24-CV-593-WWB-PDB

KATHLEEN KRENN,

Plaintiff,

v.

SERENATA BEACH CLUB,
LLC, ETC.,

Defendants.

_____/

## **DEFENDANT MICHAEL MOTA'S ANSWER TO COMPLAINT**

Comes now, the Defendant, Michael Mota, by and through their undersigned attorney, and files this Answer to Plaintiffs' Complaint, as follows:

## **Nature Of The Action**

1.    Denied. The averments in paragraph 1 constitute conclusions of law to which no responsive pleading is required.

2.    Denied. The averments in paragraph 2 constitute conclusions of law to which no responsive pleading is required.

3.    Denied. The averments in paragraph 3 constitute conclusions of law to which no responsive pleading is required.

4.      Denied. The averments in paragraph 4 constitute conclusions of law to which no responsive pleading is required.

5.      Denied. The averments in paragraph 5 constitute conclusions of law to which no responsive pleading is required.

6.      Denied. The averments in paragraph 6 constitute conclusions of law to which no responsive pleading is required.

## Parties, Jurisdiction and Venue

7.      Mr. Mota is without knowledge of the allegations in paragraph 7 of the Complaint.  Therefore, the averments in paragraph 7 are denied.

8.      Mr. Mota is without knowledge of the allegations in paragraph 8 of the Complaint.  Therefore, the averments in paragraph 7 are denied.

9.      Admitted.

10.     Denied.

11.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 11 of the Complaint and demands strict proof thereof.

12.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 12 of the Complaint and demands strict proof thereof.

13.     Denied.

14.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 14 of the Complaint and demands strict proof thereof.

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

15.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 15 of the Complaint and demands strict proof thereof.

16.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 16 of the Complaint and demands strict proof thereof.

17.     Denied at all relevant times.

18.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 18 of the Complaint and demands strict proof thereof.

19.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 19 of the Complaint and demands strict proof thereof.

20.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 20 of the Complaint and demands strict proof thereof.

21.     Denied at all relevant times.

22.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 22 of the Complaint and demands strict proof thereof.

23.     Admitted as to Mr. Mota only.

24.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 22 of the Complaint and demands strict proof thereof.

25.     Denied.  Mr. Mota is without knowledge of the allegations in paragraph 25 of the Complaint and demands strict proof thereof.

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

26.     Denied.   Mr. Mota is without knowledge of the allegations in paragraph 26 of the Complaint and demands strict proof thereof.

27.     Denied.   Mr. Mota is without knowledge of the allegations in paragraph 27 of the Complaint and demands strict proof thereof.

28.     Denied.   Mr. Mota is without knowledge of the allegations in paragraph 28 of the Complaint and demands strict proof thereof.

29.     Denied.   Mr. Mota is without knowledge of the allegations in paragraph 29 of the Complaint and demands strict proof thereof.

## General Allegations

30.     Denied.   Mr. Mota is without knowledge of the allegations in paragraph 30 of the Complaint and demands strict proof thereof.

31.     Mr. Mota is without knowledge of the allegations in paragraph 31 of the Complaint.  Therefore, the averments in the paragraph are denied.

32.     Mr. Mota is without knowledge of the allegations in paragraph 32 of the Complaint.  Therefore, the averments in the paragraph are denied.

33.     Mr. Mota is without knowledge of the allegations in paragraph 33 of the Complaint.  Therefore, the averments in the paragraph are denied.

34.     Mr. Mota is without knowledge of the allegations in paragraph 34 of the Complaint.  Therefore, the averments in the paragraph are denied.

35.     Mr. Mota is without knowledge of the allegations in paragraph

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

35 of the Complaint. Therefore, the averments in the paragraph are denied.

36. Mr. Mota is without knowledge of the allegations in paragraph 36 of the Complaint. Therefore, the averments in the paragraph are denied.

37. Mr. Mota is without knowledge of the allegations in paragraph 37 of the Complaint. Therefore, the averments in the paragraph are denied.

38. Mr. Mota is without knowledge of the allegations in paragraph 38 of the Complaint. Therefore, the averments in the paragraph are denied.

39. Mr. Mota is without knowledge of the allegations in paragraph 39 of the Complaint. Therefore, the averments in the paragraph are denied.

40. Mr. Mota is without knowledge of the allegations in paragraph 40 of the Complaint. Therefore, the averments in the paragraph are denied.

41. Mr. Mota is without knowledge of the allegations in paragraph 41 of the Complaint. Therefore, the averments in the paragraph are denied.

42. Mr. Mota is without knowledge of the allegations in paragraph 42 of the Complaint. Therefore, the averments in the paragraph are denied.

43. Mr. Mota is without knowledge of the allegations in paragraph 43 of the Complaint. Therefore, the averments in the paragraph are denied.

44. Mr. Mota is without knowledge of the allegations in paragraph 44 of the Complaint. Therefore, the averments in the paragraph are denied.

45. Mr. Mota is without knowledge of the allegations in paragraph

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

45 of the Complaint.  Therefore, the averments in the paragraph are denied.

46.    Mr. Mota is without knowledge of the allegations in paragraph 46 of the Complaint.  Therefore, the averments in the paragraph are denied.

47.    Mr. Mota is without knowledge of the allegations in paragraph 47 of the Complaint.  Therefore, the averments in the paragraph are denied.

48.    Mr. Mota is without knowledge of the allegations in paragraph 48 of the Complaint.  Therefore, the averments in the paragraph are denied.

49.    Mr. Mota is without knowledge of the allegations in paragraph 49 of the Complaint.  Therefore, the averments in the paragraph are denied.

50.    Mr. Mota is without knowledge of the allegations in paragraph 50 of the Complaint.  Therefore, the averments in the paragraph are denied.

51.    Admitted, in that Mr. Mota was contacted as to money allegedly owed to the Plaintiff.

52.    Mr. Mota is without knowledge of the allegations in paragraph 52 of the Complaint.  Therefore, the averments in the paragraph are denied.

53.    Mr. Mota is without knowledge of the allegations in paragraph 53 of the Complaint.  Therefore, the averments in the paragraph are denied.

54.    Mr. Mota is without knowledge of the allegations in paragraph 54 of the Complaint.  Therefore, the averments in the paragraph are denied.

55.    Mr. Mota is without knowledge of the allegations in paragraph

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

55 of the Complaint.  Therefore, the averments in the paragraph are denied.

56.    Mr. Mota is without knowledge of the allegations in paragraph 5 of the Complaint.  Therefore, the averments in the paragraph are denied.

Count I: Failure to Pay Plaintiff a Minimum Wage
In Violation of The FLSA As to Defendant Serenata

57.    Mr. Mota is without knowledge of the allegations in paragraph 57 of the Complaint.  Therefore, the averments in the paragraph are denied.

58.    Mr. Mota is without knowledge of the allegations in paragraph 58 of the Complaint.  Therefore, the averments in the paragraph are denied.

59.    Mr. Mota is without knowledge of the allegations in paragraph 59 of the Complaint.  Therefore, the averments in the paragraph are denied.

60.    Mr. Mota is without knowledge of the allegations in paragraph 60 of the Complaint.  Therefore, the averments in the paragraph are denied.

61.    Mr. Mota is without knowledge of the allegations in paragraph 61 of the Complaint.  Therefore, the averments in the paragraph are denied.

Count II: Retaliation Against Plaintiff
in Violation of The FLSA As to Defendant Serenata

62.    Mr. Mota is without knowledge of the allegations in paragraph 62 of the Complaint.  Therefore, the averments in the paragraph are denied.

63.    Mr. Mota is without knowledge of the allegations in paragraph 63 of the Complaint.  Therefore, the averments in the paragraph are denied.

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

64.    Mr. Mota is without knowledge of the allegations in paragraph 64 of the Complaint.  Therefore, the averments in the paragraph are denied.

65.    Mr. Mota is without knowledge of the allegations in paragraph 65 of the Complaint.  Therefore, the averments in the paragraph are denied.

66.    Mr. Mota is without knowledge of the allegations in paragraph 66 of the Complaint.  Therefore, the averments in the paragraph are denied.

67.    Mr. Mota is without knowledge of the allegations in paragraph 67 of the Complaint.  Therefore, the averments in the paragraph are denied.

Count III: Retaliation Against Plaintiff<br>in Violation of The FLSA as to Defendant Butler

68.    Mr. Mota is without knowledge of the allegations in paragraph 68 of the Complaint.  Therefore, the averments in the paragraph are denied.

69.    Mr. Mota is without knowledge of the allegations in paragraph 69 of the Complaint.  Therefore, the averments in the paragraph are denied.

70.    Mr. Mota is without knowledge of the allegations in paragraph 70 of the Complaint.  Therefore, the averments in the paragraph are denied.

71.    Mr. Mota is without knowledge of the allegations in paragraph 71 of the Complaint.  Therefore, the averments in the paragraph are denied.

72.    Mr. Mota is without knowledge of the allegations in paragraph 72 of the Complaint.  Therefore, the averments in the paragraph are denied.

THE TICKTIN LAW GROUP<br>270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441<br>TELEPHONE: (954) 570-6757

73.     Mr. Mota is without knowledge of the allegations in paragraph 73 of the Complaint.  Therefore, the averments in the paragraph are denied.

74.     Mr. Mota is without knowledge of the allegations in paragraph 74 of the Complaint.  Therefore, the averments in the paragraph are denied.

75.     Mr. Mota is without knowledge of the allegations in paragraph 75 of the Complaint.  Therefore, the averments in the paragraph are denied.

Count IV: Retaliation Against Plaintiff
in Violation of The FLSA as to Defendant Mota

76.     Mr. Mota is without knowledge of the allegations in paragraph 76 of the Complaint.  Therefore, the averments in the paragraph are denied.

77.     Mr. Mota is without knowledge of the allegations in paragraph 77 of the Complaint.  Therefore, the averments in the paragraph are denied.

78.     Denied at all relevant times.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Denied.

83.     Denied.

Count V: Failure To Pay Plaintiff A Minimum Wage
In Violation Of The FMWA As To Defendant Serenata

84.     Mr. Mota is without knowledge of the allegations in paragraph

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

84 of the Complaint.  Therefore, the averments in the paragraph are denied.

85.    Mr. Mota is without knowledge of the allegations in paragraph 85 of the Complaint.  Therefore, the averments in the paragraph are denied.

86.    Mr. Mota is without knowledge of the allegations in paragraph 86 of the Complaint.  Therefore, the averments in the paragraph are denied.

87.    Mr. Mota is without knowledge of the allegations in paragraph 87 of the Complaint.  Therefore, the averments in the paragraph are denied.

88.    Mr. Mota is without knowledge of the allegations in paragraph 88 of the Complaint.  Therefore, the averments in the paragraph are denied.

Count VI: Retaliation Against Plaintiff
<u>In Violation Of The FMWA As To Defendant Serenata</u>

89.    Mr. Mota is without knowledge of the allegations in paragraph 89 of the Complaint.  Therefore, the averments in the paragraph are denied.

90.    Mr. Mota is without knowledge of the allegations in paragraph 90 of the Complaint.  Therefore, the averments in the paragraph are denied.

91.    Mr. Mota is without knowledge of the allegations in paragraph 91 of the Complaint.  Therefore, the averments in the paragraph are denied.

92.    Mr. Mota is without knowledge of the allegations in paragraph 92 of the Complaint.  Therefore, the averments in the paragraph are denied.

93.    Mr. Mota is without knowledge of the allegations in paragraph

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

93 of the Complaint.  Therefore, the averments in the paragraph are denied.

94.    Mr. Mota is without knowledge of the allegations in paragraph 94 of the Complaint.  Therefore, the averments in the paragraph are denied.

Count VII: Retaliation Against Plaintiff<br>
<u>In Violation Of The FMWA As To Defendant Butler</u>

95.    Mr. Mota is without knowledge of the allegations in paragraph 95 of the Complaint.  Therefore, the averments in the paragraph are denied.

96.    Mr. Mota is without knowledge of the allegations in paragraph 96 of the Complaint.  Therefore, the averments in the paragraph are denied.

97.    Mr. Mota is without knowledge of the allegations in paragraph 97 of the Complaint.  Therefore, the averments in the paragraph are denied.

98.    Mr. Mota is without knowledge of the allegations in paragraph 98 of the Complaint.  Therefore, the averments in the paragraph are denied.

99.    Mr. Mota is without knowledge of the allegations in paragraph 99 of the Complaint.  Therefore, the averments in the paragraph are denied.

100.  Mr. Mota is without knowledge of the allegations in paragraph 100 of the Complaint.  Therefore, the averments in the paragraph are denied.

101.  Mr. Mota is without knowledge of the allegations in paragraph 101 of the Complaint.  Therefore, the averments in the paragraph are denied.

102.  Mr. Mota is without knowledge of the allegations in paragraph

THE TICKTIN LAW GROUP<br>
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441<br>
TELEPHONE: (954) 570-6757

102 of the Complaint.  Therefore, the averments in the paragraph are denied.

Count VIII: Retaliation Against Plaintiff
<u>In Violation Of The FMWA As To Defendant Mota</u>

103.   Mr. Mota is without knowledge of the allegations in paragraph 103 of the Complaint.  Therefore, the averments in the paragraph are denied.

104.   Mr. Mota is without knowledge of the allegations in paragraph 104 of the Complaint.  Therefore, the averments in the paragraph are denied.

105.   Denied.

106.   Denied.

107.   Denied.

108.   Denied.

109.   Denied.

110.   Denied.

Count IX: Retaliation Against Plaintiff
<u>In Violation Of The FWA As To Defendant Serenata</u>

111.   Mr. Mota is without knowledge of the allegations in paragraph 111 of the Complaint.  Therefore, the averments in the paragraph are denied.

112.   Mr. Mota is without knowledge of the allegations in paragraph 112 of the Complaint.  Therefore, the averments in the paragraph are denied.

113.   Mr. Mota is without knowledge of the allegations in paragraph 113 of the Complaint.  Therefore, the averments in the paragraph are denied.

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

114.    Mr. Mota is without knowledge of the allegations in paragraph 114 of the Complaint.  Therefore, the averments in the paragraph are denied.

115.    Mr. Mota is without knowledge of the allegations in paragraph 115 of the Complaint.  Therefore, the averments in the paragraph are denied.

116.    Mr. Mota is without knowledge of the allegations in paragraph 116 of the Complaint.  Therefore, the averments in the paragraph are denied.

117.    Mr. Mota is without knowledge of the allegations in paragraph 117 of the Complaint.  Therefore, the averments in the paragraph are denied.

118.    Mr. Mota is without knowledge of the allegations in paragraph 118 of the Complaint.  Therefore, the averments in the paragraph are denied.

<u>Count XII: Breach Of Contract As To Defendant Serenata</u>

119.    Mr. Mota is without knowledge of the allegations in paragraph 119 of the Complaint.  Therefore, the averments in the paragraph are denied.

120.    Mr. Mota is without knowledge of the allegations in paragraph 120 of the Complaint.  Therefore, the averments in the paragraph are denied.

121.    Mr. Mota is without knowledge of the allegations in paragraph 121 of the Complaint.  Therefore, the averments in the paragraph are denied.

122.    Mr. Mota is without knowledge of the allegations in paragraph 122 of the Complaint.  Therefore, the averments in the paragraph are denied.

123.    Mr. Mota is without knowledge of the allegations in paragraph

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

123 of the Complaint.  Therefore, the averments in the paragraph are denied.

## **Compliance with Local Rule 1.08**

I hereby certify that this submission complies with Local Rule 1.08.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 3rd day of December 2024, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

Respectfully submitted,

  /s/ Peter Ticktin
Peter Ticktin, Esquire
Florida Bar No. 887935
Serv512@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

## **Service List**

**Alexandra Elizabeth Underkofler**
Delegal & Poindexter, P.A.
424 East Monroe Street
Jacksonville, FL 32202
904-633-5000
Email: alex@delegal.net
Leand Attorney for Kathleen Kreen

**James C. Poindexter**
Delegal Poindexter & Underkofler, P.A.
424 East Monroe Street
Jacksonville, FL 32207
904-633-5000
Email: james@delegal.net
Attorney for Kathleen Kreen

**Thomas A. Delegal, III**
Delegal Law Offices, PA
424 E Monroe St
Jacksonville, FL 32202
904/633-5000
Fax: 904/358-2850
Email: tad@delegal.net
Attorney for Kathleen Kreen

**David E. Borack**
Borack Law Group, PA
605 E Club Cir
Longwood, FL 32779
407/644-8285
Fax: 407/622-4880
Email: dborack@boracklawgroup.com
Lead attorney for Serenata Beach Club and Molly Bulter

15