United States District Court
Middle District of Florida
Jacksonville Division

**KATHLEEN KRENN**,

   *Plaintiff,*

v.                                                          NO. 3:24-cv-593-PDB

**SERENATA BEACH CLUB, LLC, ETC.**,

   *Defendants.*

# Order

   Based on the reasons stated at today's hearing, Doc. 59, and the material terms of the settlement agreement described on the record by the plaintiff's counsel, including the parties' agreement to limit the release to wage-related claims (including retaliation or whistle-blower claims relating to wage complaints), the Court finds the settlement is fair, adequate, reasonable, and not the product of collusion. The joint motion for approval of the settlement and dismissal, Doc. 57, is **granted**. The case is **dismissed** with prejudice. The clerk is **directed** to close the file. The court retains jurisdiction to enforce the settlement agreement.

   **Ordered** in Jacksonville, Florida, on March 17, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*